IN THE WESTERN STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOANNE CICALA INSCORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-CV-712 JRN |
| | § | |
| KIRBY McINERNEY LLP, RANDALL K. BERGER, DANIEL HUME, PETER S. LINDEN, IRA PRESS, and DAVID E. KOVEL, | § § § § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE COURT:

Plaintiff Joanne Cicala Inscore files her Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Joanne Cicala Inscore ("Plaintiff" or "Cicala"). Defendants are Kirby McInerney, LLP, Randall K. Berger, Daniel Hume, Peter S. Linden, Ira Press, and David E. Kovel ("Defendants").

2. On August 14, 2013, Plaintiff filed her Original Petition against Defendants in the 274th Judicial District Court of Hays County, Texas, Cause No. 13-1732. On August 16, 2013, Defendants filed their Notice of Removal.

3. Defendants have not been served with process and have not served or filed an answer or a motion for summary judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of this case.

7. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice to its refiling.

Dated: September 13, 2013

      Respectfully submitted,

      **WEISBART SPRINGER HAYES LLP**
      212 Lavaca Street, Suite 200
      Austin, Texas 78701
      512.652.5780
      512.682.2074 fax

      By: /s/ Geoffrey D. Weisbart
           Geoffrey D. Weisbart
           State Bar No. 21102645
           gweisbart@wshllp.com
           Julie A. Springer
           State Bar No. 18966770
           jspringer@wshllp.com
           Sara E. Janes
           State Bar No. 24056551
           sjanes@wshllp.com

      **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

- ☐ U.S. Mail, First Class
- ☐ Certified Mail
- ☐ Facsimile
- ☐ Federal Express
- ☐ Hand Delivery
- ☒ ECF (electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants)

on this 13th day of September, 2013, to wit:

    Leslie C. Thorne
    State Bar No. 24046974
    J. Iris Gibson
    State Bar No. 24037571
    HAYES AND BOONE, L.L.P.
    600 Congress Avenue, Suite 1300
    Austin, Texas 78701
    512.867.8400
    512.867.8470 fax

                                  /s/ Geoffrey D. Weisbart
                                Geoffrey D. Weisbart