IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOANNE CICALA INSCORE<br><br>*Plaintiff*<br><br>v.<br><br>KIRBY McINERNEY LLP, RANDALL K. BERGER, DANIEL HUME, and DAVID E. KOVEL<br><br>*Defendants* | CIVIL ACTION NO.<br>13-CV-712 JRN |

## FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On September 13th, 2013, Plaintiff filed a notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Clerk's Docket #14. Under Rule 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In the present case, Defendants not yet been served with process, nor have they served either an answer or a motion for summary judgment. Accordingly, Plaintiff has successfully dismissed the above-entitled cause of action, and the Court hereby enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this 25rd day of September, 2013.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE